**Don F. CARR, Plaintiff—Appellant,**

v.

**PUGET SOUND ENERGY, a Washington State corporation; Gary Swofford, Vice President, Puget Sound Energy; Jane Doe Swofford, husband and wife; Tom Joyce; Jane Doe Joyce, husband and wife; Al Carter; Jane Doe Carter, husband and wife; Tony Roat; Jane Doe Roat, husband and wife; Jon Pedeferri; Jane Doe Pedeferri, husband and wife, Defendants—Appellees.**

No. 03–35694.

D.C. No. CV–02–01437–JCC.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2005.*

Decided April 13, 2005.

Randy W. Loun, Loun & Tyner, Bremerton, WA, for Plaintiff–Appellant.

Lawrence B. Hannah, Donald W. Heyrich, Perkins Coie, LLP, Bellevue, WA, for Defendants–Appellees.

Appeal from the United States District Court for the Western District of Washington; John C. Coughenour, Chief Judge, Presiding.

Before CANBY, TALLMAN, and RAWLINSON, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

ORDER**

Don Carr appeals the summary dismissal of his claims arising from his termination from his job at Puget Sound Energy. The district court's grant of summary judgment is reviewed *de novo. See Buono v. Norton,* 371 F.3d 543, 545 (9th Cir.2004). We affirm for the well-stated reasons of the district court.

AFFIRMED.